

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00809-CV

**IN RE C.D.M.** and C.M.M., Children

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  November 7, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On October 29, 2018, relator filed a petition for writ of mandamus and a motion for emergency expedited relief.  After considering the petition, this court concludes relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).  Relator's motion for emergency expedited relief is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.D.M. and C.M.M., Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.